IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 4:13-cv-00027 |
| v. | ) ) | **ORDER** |
| JONATHAN ALAN WALLACE and CRAIG HUNTER CALDWELL, | ) ) ) ) | By: Hon. Jackson L. Kiser Senior United States District Judge |
| Defendants. | ) | |

On December 11, 2013, Defendant Craig Hunter Caldwell filed a Motion for Summary Judgment in this action.  (See Caldwell Mot. for Summ. J., Dec. 11, 2013 [ECF No. 22].) Shortly thereafter, Defendant Jonathan Alan Wallace filed a similar motion, and Plaintiff State Farm Fire and Casualty Company filed a cross-motion for summary judgment.  (See Wallace Mot. for Summ. J., Dec. 16, 2013 [ECF No. 24]; Pl.'s Mot. for Summ. J., Dec. 16, 2013 [ECF No. 26].)  The parties thoroughly briefed the issues and appeared for oral argument on January 24, 2014.  After reviewing the Record and the arguments of the parties, the matter is now ripe for disposition.  For the reasons stated in the accompanying Memorandum Opinion, I hereby **DENY** Defendant Caldwell's Motion for Summary Judgment [ECF No. 22], **DENY** Defendant Wallace's Motion for Summary Judgment [ECF No. 24], and **GRANT** Plaintiff's Motion for Summary Judgment [ECF No. 26].

The Clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion to all counsel of record, and to remove this case from the active docket of this Court.

Entered this 3rd day of February, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE